IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

AARON BUSH and MORGAN      )
BUSH,                      )
                           )
      Plaintiffs,          )
                           )      CIVIL ACTION NO.
      v.                   )      2:25cv761-MHT
                           )         (WO)
STATE FARM FIRE & CASUALTY )
COMPANY and TOP QUALITY    )
ROOFING & REMODELING, LLC, )
                           )
      Defendants.          )

DISMISSAL ORDER

Pursuant to plaintiffs' notice of dismissal (Doc. 5), which includes a request for an order dismissing this case, it is ORDERED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (a)(2).

This case is closed.

DONE, this the 7th day of October, 2025.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE